JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ROBERT D'APICE,<br>    Petitioner,<br>  v.<br>JOSEPH WOODRING, Warden,<br>    Respondent. | No. CV 08-01526-MMM (AGR)<br><br>**JUDGMENT** |

Pursuant to the order adopting the magistrate judge's report and recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: October 30, 2009

                                      MARGARET M. MORROW
                                  UNITED STATES DISTRICT JUDGE